## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **8:05CR342** |
| | ) | |
| **SHERRY MONIZ DUEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The defendant's motion to continue (Filing No. 70) is granted.

**IT IS ORDERED** that the hearing on defendant's motions to suppress (Filing Nos. 58 and 59) is continued to **January 24, 2006,** at **2:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 30th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge