IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR342 |
| | ) | |
| v. | ) | |
| | ) | |
| <u>SHERRY</u> MONIZ DUEY, | ) | ORDER NUNC PRO TUNC |
| | ) | (To correct name) |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 79). The Court has now been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED that defendant's motion to continue is granted; a Rule 11 hearing is scheduled for:

**Friday, May 19, 2006, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between May 5, 2006, and May 19, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 5th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court