IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR342 |
| | ) | |
| v. | ) | |
| | ) | |
| SHERRY MONIZ DUEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after defendant entered a plea of guilty to an information (Filing No. 96). The Court finds that defendant should be released pending sentencing on the same terms and conditions with the exception that Paragraph 7(r) will be modified to exclude electronic monitoring. Accordingly,

IT IS ORDERED that defendant is released on the same terms and conditions as previously released with the exception that Paragraph 7(r) is modified to exclude electronic monitoring.

DATED this 19th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court